UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21625-CIV-MARTINEZ

CESAR MARTINEZ MONCADA,

      Plaintiff,

v.

KRISTI NOEM, *et al.*,

      Defendants.

_____/

**ORDER RE: PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, IMMEDIATE ADMINISTRATIVE STAY OF REMOVAL, AND EXPEDITED PRELIMINARY-INJUNCTION PROCEEDINGS**

**THIS CAUSE** is before the Court upon Plaintiff's Renewed Emergency Motion for Temporary Restraining Order, Immediate Administrative Stay of Removal, and Expedited Preliminary-Injunction Proceedings ("Motion") [ECF No. 9]. The Court finds that expedited briefing is warranted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendants shall file a response to the Motion by **April 6, 2026**.

2.  The Court shall hear oral argument on the Motion on **April 9, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 1 day of April 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     all counsel of record