UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21625-CIV-MARTINEZ

CESAR MARTINEZ MONCADA,

     Plaintiff,

v.

KRISTI NOEM, *et al.*,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants, Daren K. Margolin, Kristi Noem, Todd M. Lyons, Pamela Bondi, and Charles Wall appear to have been served. (*See* Certificate of Service [ECF No. 18]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond under Federal Rule of Civil Procedure 81(c).

**DONE AND ORDERED** in Miami, Florida, this ⧸ day of May 2026.

                                             _____
                                             JOSE E. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

cc:     all counsel of record